UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04.15.09

Munn & Fester    Plaintiff(s),

— v —

**Case Management Plan**

09 CV. 727 (RMB)

Hamburg Sud    Defendant(s).
------------------------------------------------------------X

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by ___5/30/09___

(ii)  Amend the pleadings by ___6/30/09___

(iii) All discovery to be expeditiously completed by ~~_____~~ 9/9/09 @ 9:00 with principals

(iv)  Consent to Proceed before Magistrate Judge ___no___

(v)   Status of settlement discussions ___ongoing___

Sections vi through xi will be set at conference with the Court.

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other ___Settlement in progress___

SO ORDERED: New York, New York
4/15/09

RMB
Hon. Richard M. Berman, U.S.D.J.